Entered on Docket
October 23, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as succesor in interest to Wachovia Bank, NA as Trustee for GSAA Home Equity Trust 2005-14
09-71960

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-20817-mkn |
| Mira E. Goode | Date:  9/30/09<br>Time: 1:30pm |
| Debtor. | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
3  Secured Creditor U.S. Bank National Association, as succesor in interest to Wachovia Bank, NA as
4  Trustee for GSAA Home Equity Trust 2005-14, its assignees and/or successors in interest, of the
5  subject property, generally described as 7033 Knob Creek St., Las Vegas, NV 89149.
6
7  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
8  Debtors and Trustee at least five business days' notice of the time, place and date of sale.
9
10 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
11 withdraws its secured Proof of Claim filed in this matter.
12         DATED this _____ day of _____, 2009.
13 Submitted by:
   WILDE & ASSOCIATES
14
15 By_____
      GREGORY L. WILDE, ESQ.
16    Attorney for Secured Creditor
17 APPROVED / DISAPPROVED
18 _____
19 David M. Crosby, Esq.
   711 S. 8th Street
20 Las Vegas, NV 89101
   Attorney for Debtor(s)
21
22 APPROVED / DISAPPROVED
23 _____
   Rick A. Yarnall
24 701 Bridger Avenue #820
   Las Vegas, NV  89101
25 Chapter 13 Trustee
26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor