Entered on Docket
October 23, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-13
09-72204

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Gail M. Marriott

Debtor.

BK-09-15106-mkn

Date: 9/30/09
Time: 1:30pm

Chapter 13

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-13, its assignees and/or successors in interest, of the subject property, generally described as 8097 Michelena Ave., Las Vegas, NV 89147.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
George Haines
1020 Garces Avenue
Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen A. Leavitt
201 Las Vegas Blvd. So., #200
Las Vegas, NV 89101
Chapter 13 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  _X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4        unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
         and each has approved or disapproved the order, or failed to respond, as indicated below
5        (list each party and whether the party has approved, disapproved, or failed to respond to the
6        document):

7  (List Parties)
   Debtor's counsel:
8
      _____ approved the form of this order        _____ disapproved the form of this order
9
10    _____ waived the right to review the order and/or   __X__ failed to respond to the document

11    _____ appeared at the hearing, waived the right to review the order

12    _____ matter unopposed, did not appear at the hearing, waived the right to review the order

13 Trustee:

14    _____ approved the form of this order        _____ disapproved the form of this order

15    _____ waived the right to review the order and/or   __X__ failed to respond to the document

16 Other Party:_____

17    _____ approved the form of this order        _____ disapproved the form of this order

18    _____ waived the right to review the order and/or   _____ failed to respond to the document

19 Breach Order:

20    _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
21        this proposed order were transmitted to Debtor's counsel and appointed trustee to which
22        they have not replied

23

24 Submitted by:
    /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
26 Attorney for Secured Creditor