

**Entered on Docket**
**January 26, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
08-77794

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | BK-S-08-22325-lbr |
|--------|-------------------|
| Elizsa Dianne Lewis | Date:  10/7/09 |
| | Time: 10:30am |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-

2  entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured

3  Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property,

4  generally described as 5800 Gordon Ave., Las Vegas, NV 89108, and legally described as follows:

5  
6    Lot FOURTEEN (14) in Block THREE (3) of Amended Plat of CHARLESTON HEIGHTS
     TRACT NO. 48-A as shown by Map thereof on File in Book 9 of Plats, Page 89, in the Office of the
     County Recorder of Clark County, Nevada.

7  
8    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give**

9  **Debtor at least five business days' notice of the time, place and date of sale.**

   ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1        IT IS FURTHER ORDERED that any Notice of Default recorded against this particular property

2    shall be rescinded and all foreclosure proceeding shall be started over with a new notice of Default. The

3    Debtor can promptly submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program and

4    the Order will be construed as an agreement between the Secured Creditor and Debtor that they have

5    voluntarily agreed to mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6

6    of said program. The necessary information can be accessed at http://www.nevadajudiciary.us".

7        DATED this 14th day of January 2010.

8

9    Submitted by:

10   **WILDE & ASSOCIATES**

11   By:___ /s/Gregory L. Wilde, Esq
     **Gregory L. Wilde, Esq.**
12   Attorney for Secured Creditor
     212 South Jones Boulevard
13   Las Vegas, Nevada 89107

14   APPROVED / DISAPPROVED

15
     By:_____
16   pro se
     Attorney for Debtor(s)
17

18   APPROVED / DISAPPROVED

19
     By:_____
20   Lenard E Schwartzer
     2850 S. Jones Blvd. #1
21   Las Vegas, NV 89146
     Chapter 7 Trustee
22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_    approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document

\_\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_    approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document

\_\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_    approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_    approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor