**RR** RED ROCK FINANCIAL SERVICES

RECEIVED & FILED

'09 SEP 23 P12:10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# REQUEST FOR NOTICE

September 19, 2009

In Re: ADRIAN & MARY FISHER

Bankruptcy Number – 09-13250-BAM
Chapter – 13 NV
**R32839**

To the Clerk of the U.S. Bankruptcy Court, the Debtor, the Attorney of record, the Trustee, and to all parties of interest.

Red Rock Financial Services request that all notice given in this case be given to and served upon the undersigned at the following address and telephone number:

Monument at Lone Mountain Homeowners Association Inc.
C/o Red Rock Financial Services
6830 West Oquendo Road Suite 201
Las Vegas NV 89118
Fax: 702-341-7733
Phone: 702-932-6887

_____
Michelle Prescott
Red Rock Financial Services

702.932.6887 | fax 702.341.7733 | 6830 West Oquendo Road, Suite 201, Las Vegas, Nevada 89118